IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM RUSSELL AIKEN, et al., Plaintiffs, | ) | |
| VS. | ) | NO. 93-2023-TUA |
| CITY OF MEMPHIS, TENNESSEE, Defendant. | ) | |

ORDER ON MOTION FOR RECONSIDERATION

On June 23, 1994, plaintiff Aiken filed a motion to reinstate Brad Clark Webb as a plaintiff in this action. The motion does not comply with the local rules. Local Rule 11(a)(1)(B) requires that all motions shall be accompanied by a certificate of counsel affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues. Local Rule 11(a)(1)(B) further provides that failure to file an accompanying certificate of consultation may be deemed good grounds for denying the motion.

The Motion for Reconsideration is therefore held in abeyance for 10 days pending plaintiff's compliance with Local Rule 11(a)(1)(B).

IT IS SO ORDERED this 24th day of June, 1994.

JEROME TURNER

M. Thomas

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6-24-94

62