IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIAM RUSSELL AIKEN, et al.,

Plaintiffs,

vs.

CITY OF MEMPHIS, TENNESSEE,

Defendant.

NO. 93-2023-TUA

ORDER ON MOTION FOR RECONSIDERATION

Plaintiff William Russell Aiken has moved the court to enter an order reinstating plaintiff Brad Clark Webb in this action. Mr. Webb was previously dismissed by order entered March 25, 1994, for failing to join the action prior to the expiration of the deadline. In fact, Mr. Webb joined the action prior to the expiration of the deadline. The defendant expresses no opposition to the motion for reconsideration and the motion is therefore granted. Brad Clark Webb is reinstated as a plaintiff in this case.

IT IS SO ORDERED this 7th day of July, 1994.

JEROME TURNER
UNITED STATES DISTRICT JUDGE

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/8/94.