IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ M.D.C.

97 AUG 26 PM 4:51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.

| | | |
|---|---|---|
| WILLIAM RUSSELL AIKEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 93-2023 TUA |
| | ) | |
| CITY OF MEMPHIS, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: _____
    DEPUTY CLERK

## CONSENT ORDER OF DISMISSAL OF CLAIMS

The parties, through counsel, having advised the Court that the parties have reached a settlement with respect to Plaintiffs' claims for unpaid compensation for the home training, maintenance and care of police dogs and training time, and that those claims may be dismissed,

IT IS, THEREFORE, ORDERED that Plaintiffs' claims for unpaid compensation for home training, maintenance and care of police dogs and training time be and are hereby dismissed.

So ordered this 26th day of August, 1997.

_____
Jerome Turner
United States District Judge

APPROVED:

FARRIS, MATHEWS, GILMAN,
 BRANAN & HELLEN, P.L.C.
One Commerce Square, Suite 2000
Memphis, Tennessee 38103
(901) 575-0100

By: _____
    Edwin Dean White, III

152

_Will Aitchison -- by [signature]_

Will Aitchison
3021 N.E. Broadway
Portland, Oregon 97232
(503) 282-6160

Attorneys for Plaintiffs
McKNIGHT HUDSON LEWIS/
  FORD & HARRISON LLP
6750 Poplar Avenue
Suite 301
Memphis, Tennessee 38138
(901) 756-1550

By [signature]
Louis P. Britt III

Attorneys for Defendant