UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

97 SEP 29 AM 8: 12

ROBERT R. DI TROLIO
CLERK

WILLIAM RUSSELL AIKEN, et al.,

    Plaintiffs,

v.

                                 Case No. 93-2023-TU

CITY OF MEMPHIS, TENNESSEE,

    Defendant.

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: _____
    DEPUTY CLERK

## JUDGMENT

    This action came on for trial before the Court on November 25, 1996, the Honorable Jerome Turner, District Judge, presiding. After discussion between Court and counsel and submission of stipulations and documentary evidence, the Court took the matter under advisement.

    **IT IS NOW ORDERED AND ADJUDGED** that, in accordance with the Findings of Fact and Conclusions of Law, docketed August 8, 1997, and the Consent Order of Dismissal of Claims, docketed August 27, 1997, this matter is dismissed.

APPROVED:

_____
JEROME TURNER
UNITED STATES DISTRICT JUDGE

DATE 9-29-97

ROBERT R. DI TROLIO
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9-29-97

(153)